**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CENTER TO ADVANCE SECURITY              )
IN AMERICA                              )
1802 Vernon Street NW                   )
PMB 2095                                )
Washington, D.C. 20009,                 )
                                        )
                   Plaintiff,           )
                                        )
v.                                      )          Civil Case No. 1:25-cv-2933
                                        )
U.S. DEPARTMENT OF THE INTERIOR         )
1849 C Street N.W.,                     )
Washington, D.C. 20240                  )
                                        )
                   Defendant.           )
_____     )

## COMPLAINT

1.     Plaintiff Center to Advance Security in America ("CASA") brings this action against the U.S. Department of the Interior ("DOI" or the "Department") under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), seeking declaratory and injunctive relief to compel compliance with the requirements of FOIA.

## JURISDICTION AND VENUE

2.     This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. §§ 1331.

3.     Venue is proper in this Court pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

## PARTIES

4.     Plaintiff CASA is an unincorporated association dedicated to improving the safety and security of the American people. CASA educates and informs the American people about the

1

actions of their government and its officials that impact their safety; peace and security; democracy, civil rights, and civil liberties; and privacy.

5.      Defendant U.S. Department of the Interior is a federal agency within the meaning of FOIA, 5 U.S.C. § 552(f)(1). DOI has possession, custody, and control of records responsive to Plaintiff's FOIA request.

## STATEMENT OF FACTS

6.      On July 7, 2024, CASA submitted a FOIA request (attached as Exhibit A) to DOI's subdivision the National Park Service ("NPS"), seeking records related to NPS's decision to use Floyd Bennett Field for temporary migrant housing.

7.      The release of these documents is in the public interest because it will help the public understand NPSs plans to use taxpayer funded NPS property to house migrants.

8.      On July 7, 2024, federal government receipt of CASA's request was confirmed by the "Success!" page of FOIA.gov, which reflected that CASA's FOIA request had "been created" and was "being sent to the National Park Service." The confirmation ID for CASA's request submission was 1296826.

9.      Since submitting its request, CASA has received no further communication or a response regarding the request from DOI.

10.     As the record above indicates, over 418 days have elapsed since receipt of CASA's request was confirmed, yet DOI still has not made a determination with respect to it. *See Citizens for Responsibility and Ethics in Washington v. FEC*, 711 F.3d 180 (D.C. Cir. 2013). DOI has not produced responsive documents to CASA, has not communicated to CASA the scope of the documents it intends to produce or withhold—along with the reasons for any such withholding—and has not informed CASA of its ability to appeal any adverse portion of its determination.

11.     Given these facts, DOI has not met its statutory obligations to provide the requested records for the requests.

12.     Through DOI's failure to make a determination within the time period required by law, CASA has constructively exhausted its administrative remedies and seeks immediate judicial review.

## COUNT I

**Violation of FOIA, 5 U.S.C. § 552**
**Wrongful Withholding of Non-Exempt Responsive Records**

13.     CASA repeats and incorporates by reference each of the foregoing paragraphs as if fully set forth herein.

14.     CASA's request was a properly submitted request for records within the possession, custody, and control of DOI.

15.     DOI is an agency subject to FOIA and therefore has an obligation to release any non-exempt records and provide a lawful reason for withholding any materials in response to a proper FOIA request.

16.     DOI is wrongfully withholding non-exempt agency records requested by CASA by failing to produce non-exempt records responsive to its request.

17.     DOI's failure to provide all non-exempt responsive records violates FOIA.

18.     Plaintiff CASA is therefore entitled to declaratory and injunctive relief requiring Defendant to promptly produce all non-exempt records responsive to its FOIA request and provide an index justifying the withholding of any responsive records withheld under claim of exemption.

## REQUESTED RELIEF

Center to Advance Security in America respectfully requests this Court:

3

(1) Assume jurisdiction in this matter and maintain jurisdiction until Defendant complies with the requirements of FOIA and any and all orders of this Court.

(2) Order Defendant to produce, within ten days of the Court's order, or by other such date as the Court deems appropriate, any and all non-exempt records responsive to CASA's request and an index justifying the withholding of all or part of any responsive records withheld under claim of exemption.

(3) Award CASA the costs of this proceeding, including reasonable attorney's fees and other litigation costs reasonably incurred in this action, pursuant to 5 U.S.C. § 552(a)(4)(E).

(4) Grant CASA other such relief as the Court deems just and proper.

Dated: August 29, 2025                    Respectfully submitted,

                                          CENTER TO ADVANCE SECURITY
                                          IN AMERICA
                                          By Counsel:

                                          /s/ Jacob William Roth
                                          Jacob William Roth
                                          D.D.C. Bar ID: 1673038
                                          DHILLON LAW GROUP, INC.
                                          1601 Forum Plaza, Suite 403
                                          West Palm Beach, Florida 33401
                                          Telephone: 561-227-4959
                                          JRoth@Dhillonlaw.com

                                          Karin Moore Sweigart
                                          D.D.C. Bar ID: CA00145
                                          DHILLON LAW GROUP, INC.
                                          177 Post Street, Suite 700
                                          San Francisco, CA 94108
                                          Telephone: 415-433-1700
                                          KSweigart@Dhillonlaw.com

                                          *Counsel for the Plaintiff*